USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3-2-2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Hector Rivera,

              Plaintiff(s),

-against-

United States of America,

              Defendant(s).

------------------------------------x

08 CR 1327-1 (LAP)
16 CV 4600 (LAP)

ORDER

LORETTA A. PRESKA, Chief United States District Judge:

    Plaintiff and Counsel shall confer and inform Judge Preska by letter no later than March 13, 2020 of the status of the action/remaining claims/defendants.

SO ORDERED.

_____
LORETTA A. PRESKA,
Senior U.S.D.J.

Dated: March 2, 2020
New York, New York