UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>HECTOR RIVERA,<br>　　　　　　　　Defendant. | No. 08-CR-1327 (LAP)<br><br>No. 16-CV-4600 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　On August 17, 2016, the Court entered an order holding Defendant Hector Rivera's § 2255 petition in abeyance pending (1) a decision from the Court of Appeals in United States v. Barrett (14-2641) and (2) a decision on a request for certiorari or rehearing in United States v. Hill (14-3872).  On August 30, 2019, the Court of Appeals resolved the former.  See United States v. Barrett, 937 F.3d 126 (2d Cir. 2019).  On January 7, 2019, the Supreme Court resolved the latter.  See Hill v. United States, 139 S. Ct. 844 (2019).  In light of those developments, Plaintiff and Counsel shall confer and inform the Court by letter no later than September 15, 2021 of the status of the action/remaining claims/defendants.

**SO ORDERED.**

Dated:　　September 8, 2021
　　　　　　New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1