UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff<br><br>     -against-<br><br>HECTOR RIVERA,<br><br>                Defendant. | 08-CR-1327 (LAP)<br><br>16-CV-4600 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    By order dated September 8, 2021 (dkt. no. 348 in 8-cr-1327, dkt. no. 5 in 16-cv-4600), the Court ordered the parties to inform the Court by letter no later than September 15, 2021 of the status of the action/remaining claims/defendants.  To date, the Court has not received a response.  The parties shall submit an update to the Court by letter no later than November 5, 2021.  Failure to respond to the Court's order may result in dismissal of the civil action for failure to prosecute.

**SO ORDERED.**

Dated:    November 2, 2021
           New York, New York

                                              *Loretta A. Preska*
                                              LORETTA A. PRESKA
                                              Senior United States District Judge