```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
UNITED STATES OF AMERICA,          :
                                   :    08-cr-1327 (LAP)
         -v.-                      :
                                   :    ORDER
HECTOR RIVERA,                     :
                                   :
              Defendant.           :
-----------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

Before the Court is Defendant Hector Rivera's motion for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A). (Dkt. no. 361.) On April 3, 2024, the Court ordered the Government to respond to Mr. Rivera's motion no later than May 3, 2024. (See dkt no. 362.) The Government has failed to submit any response to Mr. Rivera's motion.

The Court hereby orders the Government to respond to Mr. Rivera's motion no later than February 28, 2025. Mr. Rivera may respond no later than March 28, 2025. The Clerk of the Court shall mail a copy of this order to Mr. Rivera.

**SO ORDERED.**

Dated:   New York, New York
         January 27, 2025

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge